IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



MICHAEL C. FRENCH                                                                                       PLAINTIFF

V.                                                   CIVIL ACTION NO. 4:05-CV-30-TSL-AGN

BILLY SOLLIE, KIM REECE,
TERRI STEWART and KIM GRAHAM                                              DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause comes before the Court on the request <u>ore tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the defendants have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/its own costs.

SO ORDERED AND ADJUDGED, this the 9th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
MICHAEL C. FRENCH, #57033
The Plaintiff, Pro Se'

_____ (MSB #9442)
Lee Thaggard
Attorney for Defendants

F:\MyFiles\WPDOCS\20612\Judgment.ofDismissal.wpd